AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

FOOTHILLS OF FERNLEY, LLC.,
 a Nevada Limited Company,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:06-cv-411-BES-VPC**

City Of Fernley, a municipal
 corporation, et al.,

      Defendants.

**xx**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

In accordance with Stipulation Order filed and entered on April 9, 2008 (Document #95)

**IT IS ORDERED AND ADJUDGED** that pursuant to FRCP 41(a)(1)(A)(ii), the remaining claims Six, Seven, Eight, Nine, Ten, Twelve, Thirteen and Fourteen for relief are hereby **DISMISSED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that final entry of judgment as to the first through fifth and eleventh claims for relief is hereby **GRANTED** *and final judgment is hereby entered.*

Date:   April 9, 2008                       **LANCE S. WILSON, CLERK**

                                                  /s/  BRENDA L. GORBET
                                                          Deputy Clerk